

Muneeb Akhter <muneeb@muneebakhter.com>

---

## Phone call with AirBus Friday 6/2 10:30am
2 messages

---

**Muneeb Akhter** <muneeb@muneebakhter.com>                         Wed, May 31, 2017 at 3:19 PM
To: Bethany_Erding@vaep.uscourts.gov

Hi Bethany,

Shahab (AirBus CISO) and his compliance officer will call you on Friday at 10:30am. When did you said you wanted me to pickup the RemoteCOM paperwork for the new laptop/hard drives and talk about the computer downstairs?

My grandma got my uncle to change the password and lock the computer downstairs so I no longer know the password.

Regards,
Muneeb

---

**Bethany_Erding@vaep.uscourts.gov** <Bethany_Erding@vaep.uscourts.gov>   Thu, Jun 1, 2017 at 8:08 AM
To: Muneeb Akhter <muneeb@muneebakhter.com>

Sounds good. I placed this telephone appt. on my schedule.


Bethany Erding
Senior U.S. Probation Officer
Eastern District Of Virginia
401 Courthouse Square
3rd Floor
Alexandria, Virginia 22314
Phone: (703) 299-2305
Fax: (703) 299-2350


**CONFIDENTIALITY NOTICE:** The information contained in this electronic message and any and all accompanying documents may constitute privileged and/or confidential information. This information is the property of the United States Probation Office for the Eastern District of Virginia. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited. If you received this message in error, please notify us immediately at the number listed above to make arrangements for its return to us.


From:    Muneeb Akhter <muneeb@muneebakhter.com>
To:      Bethany_Erding@vaep.uscourts.gov
Date:    05/31/2017 04:20 PM
Subject: Phone call with AirBus Friday 6/2 10:30am

[Quoted text hidden]