IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:15-cr-124 |
| | ) |
| SOHAIB AKHTER, | ) |
| | ) |

### ORDER

The matter is before the Court for a hearing on a petition on supervised release (Dkt. 281) filed May 5, 2020 and related addenda filed on May 15 and May 19, 2020 (Dkt. 284, 285). In the petition and addenda, the probation officer alleges defendant violated the conditions of his supervised release by committing a crime, specifically, that the defendant was charged in Fairfax County Virginia, two counts of perjury, one count of uttering, one count of obtain money by false pretenses and one count of obtain documents not entitled; and in Arlington County, Virginia, one count of Title/Registration Fraud.[1]

At a hearing on March 19, 2021, defendant appeared with counsel admitted to the violations alleged in the petition and addenda.

Because the record is clear and because defendant does not contend otherwise, the Court **FINDS** by a preponderance of the evidence that defendant violated the terms and conditions of his supervised release by committing a crime as alleged in the petition.

Accordingly,

It is hereby **ORDERED** that defendant's term of supervised release is hereby **REVOKED**.

---

[1] The Petition originally alleged charges of Grand Larceny and Extortion in Arlington. Those charges were dismissed by the Commonwealth of Virginia for lack of venue.

1

It is further **ORDERED** that, as a sanction for his violation, defendant is to serve a term of imprisonment of **TEN (10) DAYS**, at the conclusion of which defendant's supervised release will be terminated.

The Clerk is directed to send a copy of this Order to the Probation Office, the Marshal's Service, the Bureau of Prisons, and all counsel of record.

Alexandria, Virginia
March 22, 2021

/s/
T. S. Ellis, III
United States District Judge